IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANICETO CRUZ, et al.,**<br>Plaintiffs,<br>**v.**<br>**DOES 1 - 50,**<br>Defendants. | Case No. 1:25-cv-01278-KES-CDB<br>**~~[PROPOSED]~~ ORDER ON STIPULATION AS MODIFIED**<br>**ORDER SETTING SCHEDULING CONFERENCE FOR FEBRUARY 4, 2027**<br>(Doc. 60)<br>Clerk of the Court to Terminate Motion (Doc. 59) |

Pursuant to the parties' stipulation filed on November 13, 2026 (Doc. 60), and good cause appearing, it is HEREBY ORDERED:

1. Defendants' October 30, 2026, Motion to Quash Service of the Second Amended Complaint (Doc. 59) is deemed WITHDRAWN;
2. The Clerk of the Court is DIRECTED to administratively terminate Defendants' motion to quash (Doc. 59);
3. Defendants shall file a response to the Second Amended Complaint (Doc. 43) no later than **January 12, 2027**; and
4. A scheduling conference is set for **February 4, 2027, at 9:30 AM** in Bakersfield (CDB) before Magistrate Judge Christopher D. Baker. The parties shall appear at the

conference remotely via Zoom video conference, and counsel shall obtain the Zoom ID and password from the Courtroom Deputy at least 24 hours prior to the conference. The parties are directed to file a joint scheduling conference statement in compliance with the procedures set forth in the Order Setting Mandatory Scheduling Conference (*see* Doc. 3).

IT IS SO ORDERED.

Dated: **November 16, 2026**

UNITED STATES MAGISTRATE JUDGE